**UNITED STATES DISTRICT COURT**

**Northern District of California**

**450 Golden Gate Avenue**

**San Francisco, California 94102**

———————

www.cand.uscourts.gov

Richard W. Wieking                                                              General Court Number

Clerk                                                                                          415.522.2000

## March 21, 2012

**CASE NUMBER:  CV 12-01292 EDL**

**CASE TITLE:  PAUL D WALLEY-v-DEPUY ORTHOPAEDICS INC**

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Francisco** division.

**Honorable William H. Alsup** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **WHA** immediately

after the case number.


ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND
SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE
HAS BEEN REASSIGNED.

Date: 3/21/12


FOR THE EXECUTIVE COMMITTEE:

_____
                                                                   Clerk


NEW CASE FILE CLERK:

Copies to: Courtroom Deputies                    Special Projects
Log Book Noted                                             Entered in Computer 3/21/12 ha


CASE SYSTEMS ADMINISTRATOR:

Copies to:  All Counsel                                 Transferor CSA